Robert R. Pohls (#131021)
rpohls@califehealth.com
Kimberly L. Palsson (#268733)
kpalsson@califehealth.com
***POHLS & ASSOCIATES***
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendants **Westamerica Bancorporation Long Term Disability Plan** and **The Lincoln National Life Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PARKS,<br><br>            Plaintiff,<br>     v.<br><br>WESTAMERICA BANCORPORATION LONG TERM DISABILITY PLAN, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No. 2:09-CV-03316-MCE-KJN<br><br>**STIPULATION TO SUBMIT MATTER FOR RESOLUTION ON THE RECORD AND BRIEFS OR, IN THE ALTERNATIVE, CONTINUE HEARING; ORDER**<br><br>DATE:          February 23, 2012<br>TIME:          2:00 p.m.<br>COURTROOM:   7 |

   WHEREAS this is an ERISA action that will be tried to the Court on the basis of the Administrative Record which was lodged herein on or about August 24, 2011; and

   WHEREAS the parties concurrently filed opening trial briefs on August 25, 2011 and concurrently filed closing trial briefs on September 22, 2011; and

   WHEREAS the parties also filed supplemental trial briefs on December 15, 2011, December 22, 2011 and December 29, 2011; and

   WHEREAS the parties agree that the issues to be resolved during the trial of this action are appropriate for resolution without oral argument; and

   WHEREAS the attorney for plaintiff Melissa Parks has a calendar conflict with the date currently set for the trial of this action;

IT IS HEREBY STIPULATED, by and among plaintiff Melissa Parks, defendant The Lincoln National Life Insurance Company and defendant Westamerica Bancorporation Long Term Disability Plan, through their respective attorneys of record herein, that:

1. In accordance with Rule 78(b) of the *Federal Rules of Civil Procedure* and Rule 230(g) of this Court's *Civil Local Rules*, this matter be submitted to the Court upon the record and briefs, without further oral argument; and

2. If the Court desires further oral argument before resolving the issues herein, the hearing currently set for 2:00 p.m. on February 24, 2012 be continued to a new and different date after March 1, 2012 which is convenient for the Court, the parties, and their attorneys herein.

IT IS SO STIPULATED.                **LAW OFFICE OF JESSE S. KAPLAN**

DATED: January 29, 2012             /S/ *Jesse S. Kaplan*
                                    _____
                                    Jesse S. Kaplan
                                    Attorney for Plaintiff **Melissa Parks**

IT IS SO STIPULATED.                **POHLS & ASSOCIATES**

DATED: January 29, 2012             /S/ *Robert R. Pohls*
                                    _____
                                    Robert R. Pohls
                                    Attorneys for Defendants **Westamerica Bancorporation Long Term Disability Plan** and **The Lincoln National Life Insurance Company**

## **ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation and Rule 230(g) of this Court's *Civil Local Rules*, this matter be and hereby is SUBMITTED to the Court upon the record and briefs.

IT IS FURTHER ORDERED that the hearing previously scheduled for 2:00 p.m. on February 23, 2012 be and hereby is VACATED.

IT IS FURTHER ORDERED that, if the Court desires further oral argument before resolving the issues herein, the hearing currently set for 2:00 p.m. on February 24, 2012 will be scheduled for a new and different date after March 1, 2012 which is convenient for the Court, the parties, and their attorneys herein.

Dated: February 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE